**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Sebastian Velasquez and Natalia Galeano, Respondents,

v.

Nancy Cruz, f/k/a Nancy Velasquez, and f/k/a, Nancy Cruz Velasquez, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000352

———————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-363
Submitted October 10, 2024 – Filed October 15, 2024

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

John R. Bell, Jr., of Greenville, for Respondents.

Kenneth Philip Shabel, of Kennedy & Brannon, P.A., as the Guardian ad Litem.

———————

**PER CURIAM:** Nancy Cruz appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cruz's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.